UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BETTY JO BOGOSIAN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-cv-02466 W (MSB)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [DOC. 6]** |

　　　Pursuant to F.R.Civ.P. 41(a)(2), Plaintiff moves to dismiss this case with prejudice. Good cause appearing, this case is **DISMISSED WITH PREJUDICE**.

　　　**IT IS SO ORDERED.**

Dated: March 24, 2020

_____
Hon. Thomas J. Whelan
United States District Judge